**Order entered January 27, 2023**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00834-CV**

**VANESSA TREVISO, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17584**

**ORDER**

By order dated January 17, 2023, we ordered the appeal be submitted without the reporter's record and set February 16th as the due date for appellant's opening brief. The court reporter filed the reporter's record on January 24th. Accordingly, we **VACATE** this Court's January 17th order and reset the briefing deadline to **February 23, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE